NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

LEONARDO RAMOS-HERNANDEZ,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

ANDREW TOMBLEY, ROSA LOPEZ, RYAN STARKEY, KENNETH ROYALS, AND ALFREDO ZABALA, JR.,
*Defendants-Appellees.*

2012-1155

Appeal from the United States District Court for the District of Colorado in case no. 11-CV-1073, Magistrate Judge Boyd N. Boland.

ON MOTION

ORDER

Leonardo Ramos-Hernandez responds to this court's January 26, 2012 order directing him to show cause why this appeal should not be dismissed for lack of jurisdiction. Ramos-Hernandez also moves to waive the payment of the court's docket fee.

On January 25, 2012, the United States District Court for the District of Colorado dismissed Ramos-Hernandez's complaint and issued judgment. This court will consider Ramos-Hernandez's response to this court's order as a timely notice of appeal from that judgment.

Because the district court granted Ramos-Hernandez's motion for leave to proceed in forma pauperis, he does not need to pay this court's docketing fee.

Accordingly,

IT IS ORDERED THAT:

The motion for waiver of this court's docketing fee is granted. Ramos-Hernandez's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

APR 1 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Leonardo Ramos-Hernandez (Informal Brief Form Enclosed)
Michael Goodman, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 0 2012

JAN HORBALY
CLERK